**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CR-11 (WLS-ALS) |
| | : | |
| JOSUAH MARCELOS CONAWAY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Parties' counsel are **ORDERED** to review the case, confer, and inform the Court no later than **Monday, August 17, 2026,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case is NOTICED to begin on Tuesday, September 1, 2026.**

**SO ORDERED**, this 10th day of August 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**