**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

UNITED STATES OF AMERICA, :
:
v. :
: CASE NO.: 7:26-CR-00011-WLS-ALS
JOSHUA MARCELOS CONAWAY, :
:
Defendant. :
:

# ORDER

Before the Court is Defendant Joshua Marcelos Conaway's Unopposed Motion to Continue Trial in the Interest of Justice. (Doc. 20.) Conaway moves to continue the trial in this matter from September 1, 2026, to the Court's November 2026 trial term. (*Id.* at 2.) Defense Counsel explains that on August 11, 2026, Conaway consented to a motion to continue the trial date to allow time to thoroughly review discovery and discuss strategy with counsel. (*Id.* at 1.) Defense Counsel notes that the Government will not be prejudiced by a continuance and that the Government does not oppose the instant motion. (*Id.* at 2.)

Based on Conaway's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Conaway in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)–(B). Thus, and for good cause shown, the Motion (Doc. 20) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division November 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** under 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would deny Defense Counsel

and Counsel for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

**SO ORDERED**, this 13th day of August 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**