**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:26-CR-00011-WLS-ALS |
| JOSHUA MARCELOS CONAWAY | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

The Court held a pretrial conference on October 6, 2026. This Order memorializes that conference. The parties report that they are engaged in plea negotiations and expect to reach an agreement by Friday, October 9, 2026. If they do not, they are prepared to proceed to trial. The Court therefore sets a tentative trial date for **Monday, November 2, 2026**.

**SO ORDERED**, this 7th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**